1:25 MJ 4253

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Carson Gossmeyer, a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in 18 U.S.C § 2516. I have been trained in advanced investigative techniques and have satisfied all requirements defined by the Federal Criminal Investigator Classification series established by the U.S. Office of Personnel Management.

2. I have been employed as a SA of the FBI since June of 2021 and I am currently assigned to the Cleveland Division (CV), Akron Resident Agency (ARA). I hold a Bachelor's Degree in Mathematics. Prior to joining the FBI, I was a data analyst. While employed by the FBI, I have investigated federal criminal violations related to bank robberies, white collar crime, child exploitation and child pornography, as well as other criminal matters. I have gained experience through extensive training at the FBI Academy in Quantico, Virginia and everyday work involved in conducting these types of investigations. I am also a member of the FBI CV Evidence Response Team and, as such, have been trained in various evidence collection techniques and responded to a variety of crime scenes.

3. Over the course of my employment as an FBI SA I have conducted and participated in multiple criminal investigations that have resulted in arrests for violent criminal offenses with subsequent convictions in Federal Courts.

4. This affidavit is being submitted for the limited purpose of establishing probable cause to believe that Michael Gary Neville ("NEVILLE"), date of birth June XX, 1979, social security number XXX-XX-9280 has violated 18 U.S.C. § 2252(a)(2) – Receipt and distribution of visual depictions of real minors engaged in sexually explicit conduct and 18 U.S.C. § 18 U.S.C. § 2252A(a)(5)(b) – Possession of child pornography.

5. The statements contained in this affidavit are based in part on: information provided by FBI personnel and other law enforcement officers, analysis of law enforcement databases, physical surveillance, conversations and sharing of media between NEVILLE and an online undercover law enforcement officer, the service and execution of administrative subpoenas and Federal search warrants, a non-custodial interview of NEVILLE, digital forensic analysis of evidence, my investigation of this matter, and my experience, training and background as a SA of the FBI. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause for the requested complaint.

## BACKGROUND OF THE INVESTIGATION

6. On or about August 25, 2025, a law enforcement officer acting in an online covert capacity ("OCE"), was posing as a 45-year-old father of a hearing impaired nine-year-old girl residing in New York. The OCE maintained this persona on a social media messaging application that permits anonymous posting ("Application A").

7. The user "breedeveryonepls" publicly posted on Application A, "Do you think it's okay for family members to kiss on the lips?" The OCE publicly commented on the post, "Love it."

8. On or about August 25, 2025, after the OCE posted the above comment, s/he received a direct message[1] from the user, "ExcitingCollege", asking, "Do you kiss them like this pic?"

9. The OCE replied to the message and the conversation continued as described below:[2]

[8/25/25] ExcitingCollege: Do you kiss them like this pic?
[8/26/25] OCE: Don't see a pic but I do kiss mine
[8/26/25] ExcitingCollege: The pic for the post you commented on
[8/26/25] OCE: I do. Have one daughter
[8/26/25] ExcitingCollege: How old is she?
[8/26/25] ExcitingCollege: ?
[8/27/25] OCE: She'll be 10 in Dec
[8/27/25] ExcitingCollege: Do you do anything more with her
[8/27/25] OCE: Been active w her.
[8/27/25] OCE: Not inside her yet
[8/27/25] ExcitingCollege: Damn.
[8/27/25] ExcitingCollege: Can I See her?
[8/27/25] OCE: It's been womdeful
[8/27/25] OCE: Pics to follow If we think we'll make something happen
[8/27/25] OCE: Lookin for in person stuff
[8/27/25] ExcitingCollege: Can I see her?
[8/27/25] ExcitingCollege: So am I
[8/27/25] ExcitingCollege: What state are you in
[8/28/25] OCE: Ny here down by PA border
[8/28/25] ExcitingCollege: I would love to see a pic of her
[8/28/25] ExcitingCollege: You'll share her?
[8/28/25] ExcitingCollege: With me
[8/28/25] OCE: I would.
[8/28/25] OCE: Always been a fantasy of mine
[8/28/25] ExcitingCollege: Damn! I want to see a pic of her
[8/28/25] ExcitingCollege: Thinking about it makes me hard
[8/28/25] ExcitingCollege: I would love to be with her
[8/29/25] ExcitingCollege: You still talking to me?
[8/31/25] OCE: Hey. Yea.
[8/31/25] OCE: Been on a little vaca w her Home now
[8/31/25] OCE: I'd like to make it work too.

[1] A "direct message," as your affiant uses it herein, is a private communication between two people, *i.e.* not publicly viewable. In this case, only the OCE and the user, "ExcitingCollege", can access and communicate in the direct message thread.

[2] Application A only provided the dates of each message, not timestamps.

[8/31/25] ExcitingCollege: Let me see a pic of her
[9/2/25] ExcitingCollege: ?
[9/2/25] OCE: If we think we will hook up plenty of pics.
[9/2/25] ExcitingCollege: I don't see why we wouldn't
[9/2/25] ExcitingCollege: We could meet somewhere hakfwayt
[9/2/25] ExcitingCollege: Halfway
[9/3/25] OCE: Sounds really good.
[9/3/25] ExcitingCollege: When are you free
[9/3/25] OCE: Would be easoer mayne in afternoon or later at night
[9/3/25] OCE: Prob better after dark for us
[9/3/25] ExcitingCollege: I'm free this Saturday
[9/3/25] OCE: Ok cool. Where ya thinking
[9/3/25] ExcitingCollege: Looks like Pittsburg is about the halfway point
[9/3/25] ExcitingCollege: Unless you want to go to a small town
[9/3/25] OCE: Oh wow. That's a hike.
[9/3/25] ExcitingCollege: I think the only other place would be a mall town
[9/3/25] ExcitingCollege: Small*
[9/3/25] ExcitingCollege: Which I'm ok with
[9/3/25] ExcitingCollege: Stoystown
[9/3/25] OCE: Ok cool. Pitt is fine Jist a little longer drive
[9/3/25] ExcitingCollege: Ok. We can split a hotel room?
[9/3/25] OCE: Yea. Sweet.
[9/3/25] OCE: Ur tested n stuff right? All good? Sorry to ask
[9/3/25] ExcitingCollege: Yeah. Never had anything
[9/3/25] OCE: Ok cool.
[9/3/25] OCE: Sorry to ask
[9/3/25] ExcitingCollege: No worries
[9/3/25] ExcitingCollege: I would ask too
[9/3/25] ExcitingCollege: I hope you know this is falling into the category of to good to be true
[9/3/25] OCE: Ok cool ty! especially if we wanna try and get inside her for first time
[9/3/25] OCE: Gonna crash. Talk tomorrow. Mike here btw.
[9/3/25] ExcitingCollege: My name is Mike too. Lol
[9/3/25] ExcitingCollege: Can you send me some kind of pic? I want to know how pretty she is
[9/3/25] OCE: Inwill but just don't wanna trade pics I'm sorry but that's all so many guys wanna do. I'll send her face and one to show I'm for real
[9/3/25] OCE: [Sent an image of a clothed purported minor female laying at the beach. A black line was digitally added to the image to block out her eyes.]
[9/3/25] OCE: [Sent an image of a purported minor female laying on her stomach with an adult hand pulling down her underwear to expose a portion of her buttocks.]
[9/3/25] ExcitingCollege: Fuck that just made me hard
[9/3/25] ExcitingCollege: Are you serious about Saturday?
[9/3/25] OCE: Nice. Love that.

[9/3/25] ExcitingCollege: I don't want to exchange pics. I want to fuck
[9/3/25] ExcitingCollege: I haven't had anyone that young. And I want it so bad
[9/3/25] OCE: Love it. Same. Wanna see her used
[9/3/25] OCE: She's super smooth and love how much control I have w her. It's incredible
[9/3/25] OCE: Sorry slow. App keeps shutting off.
[9/3/25] ExcitingCollege: Can we talk somewhere else?
[9/3/25] ExcitingCollege: Like snap or somewhere?
[9/3/25] OCE: Sounds good. Keep closing after every message I've got "Application B" (*actual name of messaging application replaced by your Affiant)*
[9/3/25] ExcitingCollege: What is it
[9/3/25] OCE: Just encrypted messenger. More secure
[9/3/25] ExcitingCollege: No. Lol what's your number on it
[9/3/25] OCE: 518-XXX-XXXX (redacted) ("OCE #")

10. On or about September 3, 2025, the OCE # received a direct message via an end-to-end encrypted messaging application ("Application B") that can be used with a smart phone, tablet, or computer - from telephone number 440-XXX-7259 ("7259") (redacted) stating, "Hey". On or about September 4, 2025, pursuant to an administrative subpoena served by the FBI, AT&T responded with the below subscriber and billing information for 7259:

Name: MICHAEL **NEVILLE**
User/Billing Address: XXX WARWICK CT, ELYRIA, OH 44035 [address redacted]
Telephone Number Active: 12/31/2014 – PRESENT
Contact Home Email: mgn0618@gmail.com

11. A query of an Ohio Attorney General database revealed NEVILLE held an Ohio Driver's License, issued on June 20, 2023, with a listed residential address of XXX Warwick Ct., Elyria, OH 44035 [address redacted].

12. Your affiant submits that, based on the ensuing conversation within Application B and the knowledge displayed therein by 7259 of the previous conversation held on Application A, there is probable cause to believe that ExcitingCollege is the same person as 7259.

13. On September 3, 2025, the Application B conversation between NEVILLE and the OCE continued:

[9/3/25, 9:56:27 PM] OCE: Hey there
[9/3/25, 9:56:42 PM] OCE: Much easier here. [Application A] kept closing
[9/3/25, 9:57:45 PM] NEVILLE (aka "Mike [Application A] OHIO")[3]: Yeah. A lot of glitches with that app
[9/3/25, 9:58:51 PM] OCE: It's really crappy
[9/3/25, 9:59:07 PM] OCE: Just shuts off and the user names are awful. lol
[9/3/25, 9:59:12 PM] NEVILLE: Yeah
[9/3/25, 9:59:29 PM] NEVILLE: So. I'm really nervous.
[9/3/25, 9:59:38 PM] OCE: I'm gonna map Pitt tomorrow and see
[9/3/25, 9:59:46 PM] OCE: Like how far and stuff
[9/3/25, 9:59:50 PM] OCE: Yea me too
[9/3/25, 9:59:59 PM] NEVILLE: Do you have stuff to send. I would love to see more of her
[9/3/25, 10:00:09 PM] OCE: Most guys are flakes and just plain mean
[9/3/25, 10:00:10 PM] NEVILLE: But do you have anything to send
[9/3/25, 10:00:20 PM] NEVILLE: Even of different girls?
[9/3/25, 10:00:31 PM] OCE: Like nudes. No I don't do that stuff sorry
[9/3/25, 10:00:45 PM] NEVILLE: That's what makes me hesitant.
[9/3/25, 10:01:16 PM] OCE: Yea sorry. Don't do porn.
[9/3/25, 10:01:23 PM] OCE: It's ok tho. Truly.
[9/3/25, 10:01:32 PM] OCE: Don't want ya nervous. I get it
[9/3/25, 10:03:20 PM] NEVILLE: Any ideas on how to make me more comfortable?
[9/3/25, 10:06:14 PM] NEVILLE: I just don't want to show up and get arrested.
[9/3/25, 10:08:01 PM] OCE: Yea me too. Or some vigilante group. I'm always nervous some you tuber asshole
[9/3/25, 10:08:22 PM] OCE: I don't know maybe we just wait
[9/3/25, 10:08:35 PM] OCE: Maybe we can talk some. Get to know one another better
[9/3/25, 10:09:08 PM] OCE: Might crash here tho I'm sorry.
[9/3/25, 10:10:58 PM] NEVILLE: You're good
[9/3/25, 10:11:13 PM] NEVILLE: Talking would be a good idea
[9/3/25, 10:11:29 PM] NEVILLE: And then maybe video chat and show me her. That would help <This message was edited>[4]
[9/3/25, 10:17:37 PM] OCE: Ok cool. Sounds like a good plan

14. Between September 4, 2025, and September 7, 2025, NEVILLE and the OCE engaged in conversations on Application B that were primarily sexual in nature, with NEVILLE

[3] This is how NEVILLE is reflected as a contact in the OCE's [Application B]/phone.
[4] Users can edit a message in WhatsApp after the sending it; "<This message was edited>" indicates such an action was taken.

specifically indicating his sexual interest in children. Several of these conversations are summarized below:

a. NEVILLE asked for more pictures of the OCE's purported daughter and the OCE asked for a "g rated" picture of NEVILLE's kids. NEVILLE stated that his kids are grown but he could show the OCE a picture of his five-year-old granddaughter.[5]

b. NEVILLE advised the OCE that his granddaughter lives two hours away from NEVILLE. NEVILLE told the OCE that he hasn't yet "played" with his granddaughter but that, "she seems like she'll be into it", and that he just has to, "find the right time". NEVILLE also told the OCE that the next time he drives to see her, he is going to take a picture of her in her panties; she only wears panties around the house. NEVILLE advised that he did not know when he would see his granddaughter next, but that he hoped it would be soon.

c. NEVILLE told the OCE that in the past, he had sex with a 13-year-old and made out with a 14-year-old. Furthermore, he planned on having sex with a 15-year-old, "soon".

d. NEVILLE asked the OCE about meeting in person to engage in sexual activity with the OCE's purported 9-year-old daughter. NEVILLE and the OCE discussed specific sex acts they would like to engage in with the OCE's purported daughter. For example, NEVILLE asked the OCE if he will let NEVILLE take the OCE's daughter's virginity. The OCE responded, "If that's cool." Additionally, NEVILLE stated: "I can't wait to be inside of her. See her face as it goes in…That's

[5] Open-source research revealed that NEVILLE likely does have a granddaughter approximately 5-years-old who lives approximately two hours by car from NEVILLE's residence, a fact he subsequently mentions as reflected below.

the best part even when watching cp. their face when the cock penetrates."[6]

e. NEVILLE asked the OCE to send a naked picture of the OCE's purported 9-year-old daughter; the OCE refused. NEVILLE sent a video of himself sitting in his vehicle. Your affiant observed that the individual in the video sent by NEVILLE was similar in physical appearance to the adult male portrayed on NEVILLE's Ohio driver's license.

f. Upon viewing the OCE's video of himself and his purported daughter, NEVILLE asked the OCE if his purported daughter is deaf. The OCE told NEVILLE that his purported daughter is deaf. Additionally, in a conversation that occurred on or about September 8, 2025, NEVILLE asked the OCE if his purported daughter went to school with other kids who were "special needs."

15. On or about September 7, 2025, NEVILLE and the OCE engaged in the following conversation:

> [9/7/25, 5:46:43 PM] NEVILLE: Do you trust me enough yet to send me a video of you and [PURPORTED MINOR'S NAME] playing?
> [9/7/25, 6:03:13 PM] OCE: Totally trust you, but that's just something I'm not comfortable doing
> [9/7/25, 6:26:33 PM] NEVILLE: I'm like 90% there. I need something else to get me closer
> [9/7/25, 6:30:54 PM] OCE: I'm starting to think you're messing with me
> [9/7/25, 6:31:02 PM] OCE: I'm sorry, but I'm gonna have to say goodbye
> [9/7/25, 6:31:07 PM] NEVILLE: No. I'm not. Not at all.
> [9/7/25, 6:31:12 PM] NEVILLE: No no.
> [9/7/25, 6:31:25 PM] NEVILLE: I'm not trying to be some pic collector or anything n
> [9/7/25, 6:31:30 PM] NEVILLE: I'm serious about this
> [9/7/25, 6:31:31 PM] OCE: Ok
> [9/7/25, 6:31:35 PM] OCE: Thx
> [9/7/25, 6:31:43 PM] NEVILLE: I just don't want to go to jail for doing this.
> [9/7/25, 6:32:03 PM] OCE: Neither do I or for sending pics of her like that
> [9/7/25, 6:32:06 PM] NEVILLE: I coach basketball and having to register would not look good for finding and keeping jobs.

[6] Based upon my training and experience, I know that "cp" is often used as an abbreviation for child pornography.

[9/7/25, 6:32:28 PM] OCE: The only other thing I can think of is when I'm at the firehouse on Tuesday I'll take a picture of my cock out at the firehouse so you know I am who I am
[9/7/25, 6:32:46 PM] OCE: No I get it. Same here I would be fucked and I would lose her.
[9/7/25, 6:33:16 PM] NEVILLE: Do you have any videos that are not of her?
[9/7/25, 6:33:45 PM] NEVILLE: I think i need to know that you're really into young girls.
[9/7/25, 6:33:50 PM] NEVILLE: I can send some stuff too
[9/7/25, 6:35:47 PM] OCE: Lake CP stuff? I don't I don't really look at it. Don't need it ya know?
[9/7/25, 6:36:00 PM] NEVILLE: Yeah.
[9/7/25, 6:36:08 PM] NEVILLE: I mean you have it in person. Lol
[9/7/25, 6:36:17 PM] OCE: Exactly.
[9/7/25, 6:36:36 PM] OCE: Think I've been pretty clear that I'm into it.
[9/7/25, 6:36:54 PM] NEVILLE: I mean yea we talk about.
[9/7/25, 6:37:23 PM] NEVILLE: Technically so would someone who is trying to set me up. Not saying you are just using an example
[9/7/25, 6:37:32 PM] OCE: Wouldn't be talkin if I wasn't into it
[9/7/25, 6:37:42 PM] NEVILLE: It's like the one thing they wouldn't do is send cp
[9/7/25, 6:37:50 PM] NEVILLE: Because that would be crossing the line for them.
[9/7/25, 6:38:17 PM] OCE: That's a hard no for me. I'm sorry, man. This isn't gonna work.
[9/7/25, 6:38:59 PM] NEVILLE: Can you think of another surefire way
[9/7/25, 6:39:08 PM] OCE: If I was trying to set you up, I would even think some of the stuff we've talked about would get you in a pocket and that's not going to happen either
[9/7/25, 6:39:39 PM] OCE: I've sent pictures of her ass her tits her me. I'm not sure what else there is. I think you're just too nervous which I totally get, but this isn't gonna work. I'm gonna continue my search.
[9/7/25, 6:40:00 PM] OCE: The shore fire away is when you show up and I show up and no one else is there.
[9/7/25, 6:40:29 PM] OCE: Or I could meet you later in the week maybe near like Syracuse or something just you and me so we're not doing anything wrong
[9/7/25, 6:40:33 PM] NEVILLE: I know. I don't want to stop talking
[9/7/25, 6:40:46 PM] NEVILLE: I really want this to happen
[9/7/25, 6:40:48 PM] OCE: Me neither but I can't just keep doing this over and over and over it's making me nervous
[9/7/25, 6:40:53 PM] OCE: Ok cool
[9/7/25, 6:40:57 PM] NEVILLE: This could just be a moment of paranoia. Idk
[9/7/25, 6:41:08 PM] OCE: Ok. I just don't want you to feel like pressured or something.
[9/7/25, 6:41:13 PM] OCE: That's just not how I am
[9/7/25, 6:41:21 PM] OCE: But I get it, believe me

> [9/7/25, 6:41:24 PM] NEVILLE: No I don't feel pressured
> [9/7/25, 6:41:35 PM] OCE: For all, I know you're like some vigilante type of person looking to beat my ass
> [9/7/25, 6:41:37 PM] NEVILLE: I want this to happen. I really do
> [9/7/25, 6:41:40 PM] OCE: Ok good
> [9/7/25, 6:41:45 PM] NEVILLE: Like it's a fantasy come true
> [9/7/25, 6:41:56 PM] NEVILLE: I'm also an overthinker
> [9/7/25, 6:42:22 PM] NEVILLE: It almost seems to fall into the category of to good to be true
> [9/7/25, 6:42:56 PM] NEVILLE: And she has an amazing body

16. On or about September 8, 2025, NEVILLE and the OCE discussed meeting in person the following weekend in Pittsburgh, Pennsylvania. They discussed meeting from Saturday, September 13, 2025, to Sunday, September 14, 2025, and splitting the cost of a hotel room. NEVILLE continued to express a sexual interest in the OCE's daughter.

17. Between approximately September 9 and September 11, 2025, NEVILLE and the OCE continued to chat with NEVILLE demonstrating concern about being caught. NEVILLE told the OCE that, by being cautious, he had avoided being caught.

18. The following chat conversations occurred from on or about September 9 to September 11, 2025, between NEVILLE and the OCE:

> [9/9/25, 7:57:00 PM] NEVILLE: So I was looking at the pic of [PURPORTED MINOR'S NAME] and the picture looks weird.
> [9/9/25, 7:57:27 PM] NEVILLE: She has half a right arm and her left arm goes down past her knee.
> [9/9/25, 8:21:56 PM] OCE: What?
> [9/9/25, 8:22:10 PM] OCE: It's not weird. You're paranoid
> [9/9/25, 8:22:38 PM] OCE: It's not ai or something.
> [9/9/25, 8:22:54 PM] OCE: I know ya want this but come on
> [9/9/25, 8:23:31 PM] OCE: Stop being paranoid man
> [9/10/25, 12:28:47 AM] OCE: I'm still up and it hit me. I'm sorta mad about all our back and forth but I'm also really sad that you're feeling nervous or worried. Makes me feel bad and thets not what I want. G'nite
> [9/10/25, 7:57:45 AM] NEVILLE: Trust me it's not what I want either. I want this to happen, but any little thing that doesn't seem right is going to make me extremely cautious. It's why I've been able to not get caught.
> [9/10/25, 7:58:34 AM] NEVILLE: It took me like 4 months before I went to see the 13 yo and I've been talking to the 15 yo for about 3 months and I haven't gone to see her yet.

[9/10/25, 8:10:45 AM] OCE: Totally understand. I'm actually glad you are which means you're safe for us too. I wouldn't want someone who's reckless or careless.
[9/11/25, 3:46:27 PM] OCE: So guess theres no trust after all.
[9/11/25, 3:48:06 PM] OCE: I see what you did.
[9/11/25, 4:14:57 PM] NEVILLE: I didn't do anything.
[9/11/25, 4:15:24 PM] NEVILLE: It's not that I don't trust you. You have to admit the pic looks weird. Look at her arms.
[9/11/25, 4:15:40 PM] NEVILLE: If I sent you that pic you'd have a similar reaction.
[9/11/25, 4:22:32 PM] OCE: Maybe I would but it doesn't look odd to me and if I was worried that it wasn't real Id delete it right away so you couldn't like examine it kinda like you did.
[9/11/25, 4:24:52 PM] OCE: I didn't delete my pics bc Im not afraid or lying about them. Yours is gone. Feeling used.

18. Ultimately, NEVILLE did not travel to Pittsburgh but continued to communicate with the OCE via Application B. NEVILLE continued to demonstrate a fear of getting caught, so, to alleviate NEVILLE's concerns, the OCE mentioned s/he was an admin of a group on a third application ("Application C"):[7]

[9/13/25, 10:38:11 PM] OCE: You can't get into this group without approval. It's loaded with what we want

[9/13/25, 10:38:40 PM] NEVILLE: I have [Application C]

19. NEVILLE stated he could not find the group that the OCE was referencing and requested the OCE to send him a link. The OCE sent NEVILLE a link to access the group to which NEVILLE responded,

[9/13/25, 11:02:08 PM] NEVILLE: Watching the vids[8]

20. When it was clear NEVILLE was not traveling to Pittsburgh on either September 13 or 14, the OCE and NEVILLE's conversation continued in the following manner:

[7] The OCE knows, based on their training and experience, that Application C is a messaging application widely used by individuals looking to consume and trade child sexual abuse material ("CSAM"). Furthermore, the OCE knows that this specific group contains CSAM. The OCE also knows Application C is an encrypted messaging application that can be used with a smart phone, tablet, or computer.

[8] The videos contained within the Application C link were reviewed by the OCE and found to depict CSAM. These videos were memorialized by the OCE.

[9/14/25, 9:34:36 AM] OCE: No proof of anything from you

[9/14/25, 10:26:10 AM] OCE: Ok guess headed back to ny

Can't believe how bad you fucked me. Later

[9/14/25, 11:36:39 AM] NEVILLE: I can send you the 2 pics I have left of the 13 yo and the pics and vids from the 15 yo

21. NEVILLE continued:

[9/14/25, 11:37:32 AM] NEVILLE: I can prove just about everything I've told you. With pics and mostly with vids.

[9/14/25, 11:38:37 AM] NEVILLE: I've also been talking to a 15 yo who love watching gay boys and young girls being fucked. She wants me to come see her, but she lives in tx.

[9/14/25, 11:39:45 AM] NEVILLE: I can't be 100% unless you can prove to me. You say you play with [PURPORTED MINOR'S NAME] but the only pic you sent me is pretty sus.

[9/14/25, 11:40:20 AM] NEVILLE: To clarify, I'm not looking to collect pics, not at all. I'm about action, when I'm comfortable.

[9/14/25, 11:40:41 AM] NEVILLE: I was just thinking the other day how this could be something we do long term

[9/14/25, 11:41:25 AM] NEVILLE: I love the idea of her getting pregnant by one of us and not knowing by whom. And we can raise that baby the same way.

22. NEVILLE again asked for a video, which from the context of the conversation, was a request for CSAM:

[9/14/25, 12:34:07 PM] NEVILLE: If you're comfortable sending me a video I would never do anything with it. I wouldn't even save it unless you said I could.

23. A short while later, on September 14, 2025, NEVILLE sent a series of images and 1 video to the OCE. A description of one of the images and the video is included below:

a. 00000709-PHOTO-2025-09-14-12-45-53.jpg is a color image of a young female in the shower with her bare breasts visible to the camera.

b. 00000714-VIDEO-2025-09-14-12-47-19.mp4 is a color video of a female, believed to be approximately 12 to 15 years old, masturbating; her vagina is visible to the camera. Also visible is a stuffed animal and Hello Kitty bedding. The young female does not appear to have any pubic hair.[9]

24. A little while later, on September 14, 2025, NEVILLE requested to trade media with the OCE; in my training and experience and based on the context of the conversation, this is a request to exchange CSAM:

[9/14/25, 1:11:01 PM] NEVILLE: I can send you vids of the one in tx if you can send me something

25. On September 15, 2025, NEVILLE sent the OCE two video files stating:

[9/15/25, 10:01:40 PM] NEVILLE: The girl in Texas

26. The first video file was sent September 15, 2025 at 10:01:27 PM and depicted an individual with their tongue out.

27. The second video file was sent September 15, 2025 at 10:01:32 PM and showed part of an apparent female's face while she rubbed her exposed breasts.

28. Your affiant is unable to determine the age of the individual(s) depicted in the two video files described above, but based on NEVILLE's comment, "The girl in Texas", as well as

[9] In my training and experience, there is probable cause to believe that this file depicts child pornography as defined under federal criminal law.

previous comments made by NEVILLE, he appears to be alleging the videos depict a 15-year-old female from Texas with whom he has been chatting.

29. On September 16, 2025, at 7:02 PM, NEVILLE and the OCE had the following conversation regarding a screenshot NEVILLE sent to the OCE.

[9/16/25, 7:02:41 PM] NEVILLE: <attached: 00000751-PHOTO-2025-09-16-19-02-41.jpg> (Screenshot of a chat conversation ostensibly between NEVILLE and the female minor in Texas)

[9/16/25, 7:31:19 PM] OCE: Ohhhh ok. I dont really follow this...what is daisys destruction mean?

[9/16/25, 7:32:34 PM] OCE: Whos Angel? Is that her? lol

[9/16/25, 7:47:55 PM] NEVILLE: It's a video I sent her.

[9/16/25, 7:48:36 PM] OCE: OH ok. I thought she said she couldn't watch it or something

[9/16/25, 7:54:37 PM] NEVILLE: That was me. Lol. It was a bit too much for me. Lol

[9/16/25, 7:55:40 PM] NEVILLE: Ig it was a woman with the todler and she doesn't like women with kids. She loves when men fuck little virgin pussys.

[9/16/25, 7:56:17 PM] OCE: Oh wow why was it so bad?

[9/16/25, 7:59:06 PM] NEVILLE: She was abusing the toddler. Hanging it upside down and clamping clothespins to her nipples and clit. Baby was crying pretty hard.

[9/16/25, 7:59:14 PM] NEVILLE: That's to much for me.

[9/16/25, 7:59:26 PM] OCE: Oh wow. sounds sorta hot actually sorry not sorry

[9/16/25, 7:59:30 PM] NEVILLE: I don't want to abuse them. I want them to like it

[9/16/25, 7:59:43 PM] NEVILLE: lol. No judgement. Just not my thing.

[9/16/25, 7:59:45 PM] OCE: I sorta like the abuse

[9/16/25, 8:00:09 PM] OCE: How can I get that. IT must be like a dark web thing

[9/16/25, 8:00:46 PM] NEVILLE: Ig.

[9/16/25, 8:01:09 PM] OCE: Instagram? Really?

[9/16/25, 8:01:41 PM] NEVILLE: No. I guess

[9/16/25, 8:02:33 PM] OCE: haha duhh

[9/16/25, 8:05:17 PM] NEVILLE: You have [Application E]?[10]

[9/16/25, 8:06:49 PM] OCE: Yea, I just dont use it much

[9/16/25, 8:06:58 PM] NEVILLE: Never mind. It's sending.

[9/16/25, 8:07:20 PM] NEVILLE: It's like 30min so I wasn't sure if it was going to send or not.

30. Based on previous experience, the OCE recognized "Daisy's Destruction" as the title of a known CSAM file depicting a female infant that is physically mutilated and sexually abused by an adult female.

31. On September 16, 2025, at approximately 8:28 PM, NEVILLE sent a 22 minute 31 second video titled "Daisy's Destruction" to the OCE. The OCE reviewed the video file and found it to contain a female infant being sexually abused, including an adult spreading the infant's labia and repeatedly slapping the infant's vagina. The infant is also physically mutilated.

32. Based on physical surveillance to date as well as law enforcement database queries, it is believed that NEVILLE resides at XXX Warwick Dr. alone [redacted].

33. On Monday, September 22, 2025, FBI SAs and Task Force Officers executed a Federal search warrant on NEVILLE's person, his residence, XXX Warwick Dr., Elyria, OH

[10] Application E is an encrypted messaging application that allows for audio, video, and text messaging that can be used on phones, tablets, or computers. Your affiant knows, that based on his training and experience, Application E is frequently used by individuals to receive and distribute CSAM.

44035 [redacted], and his two vehicles: a 2023 Chevrolet Trailblazer, Ohio License Plate KAE1603, Vehicle Identification Number (VIN) KL79MTSL8PB119219 and a 2024 Subaru Crosstrek, Ohio License Plate KMY5944, Vehicle Identification Number (VIN) JF2GUABC3R8880546, located in the Northern District of Ohio, Eastern Division. Multiple electronic devices were seized and are pending FBI analysis.

34. A preliminary review by FBI TFO Nick Deserio of an Apple iPhone 16 Pro Max seized from inside the Subaru which NEVILLE was driving on September 22, 2025, revealed CSAM. When agents asked NEVILLE where his cell phone was, he stated that it was inside the Subaru. alerted agents to where the phone was located inside the car and Specifically, a file titled, "E0057FGC-FA04-4084-8266-ADA7E411GAFQ", date/time stamped 5/21/2025 1:35 PM was reviewed by TFO Deserio and described as follows: An approximately 10-year-old, pre-pubescent female completely nude leaning back on her left elbow. The girl's legs are spread, and her vulva is visible to the camera. The girl squeezes and licks her breast and inserts a finger into her vagina. Later in the video, the girl rolls over and smack her buttocks.

35. TFO Deserio also observed the file described above was downloaded from Application F.[11]

36. Contemporaneous to the execution of the search warrant, your affiant conducted a non-custodial, voluntary interview of NEVILLE. After reading NEVILLE his Miranda Rights from an FD-395, NEVILLE made the following relevant admissions:

a. 7259 was his phone number.

b. He resided at XXX Warwick Dr. alone.

[11] Application F is an encrypted messaging service for instant messaging, voice, and video calls.

c. He had been communicating via WhatsApp with an individual claiming to be from New York regarding sexual activity with the individual's minor daughter.

d. He currently possessed CSAM on his phone.

e. He had not viewed CSAM consistently in the past but picked it up recently.

f. He had been chatting with two girls that claimed to be 15 or 16 years old. The girls had sent him "nudes".

**OTHER EVIDENCE OF NEVILLE'S INTEREST IN CHILD PORNOGRAPHY AND CHILD SEXUAL ABUSE**

37. On or about September 30, 2021, Application D, a messaging and social media application, reported user, "makaylan2007", IP address: 65.31.146.196 to the National Center for Missing and Exploited Children (NCMEC) for the receipt and/or distribution of 2 files of apparent CSAM. NCMEC assigned the CyberTip # 103290821.

38. A subpoena was served on Charter Communications, the internet service provider of IP address 65.31.146.196, for subscriber information on September 30, 2021, at 3:35:05 AM UTC. Charter provided the following information:

a. Subscriber Name: MIKE NEVILLE

b. Service address: XXX WARWICK CT, ELYRIA, OH 44035-4667 [redacted]

c. User Name or Feature: mgn0618@gmail.com

d. Phone number: (440) 714-7259

39. On or about December 14, 2022, Application D reported user, "mgneville", IP address: 65.31.146.196 to NCMEC for the receipt and/or distribution of 2 files of apparent CSAM. NCMEC assigned the CyberTip # 141574535. The CyberTip reflected that Application D had reviewed the files. Your affiant reviewed the two files and found them to be identical color

videos depicting a young female being anally penetrated by an apparent adult's penis. The female's naked buttocks, back, and face were partially visible to the camera.

40. Because your affiant suspected the videos were CSAM, but could not determine for sure, your affiant sent the videos to an FBI employee in the Child Exploitation Operational Unit. This FBI employee confirmed that the videos from Cyber Tip # 141574535 were clips of a known and identified series of CSAM, thereby confirming the files were in fact CSAM.

41. In approximately 2001, Elyria (Ohio) Police Department received a complaint of possible child sex abuse from the Lorain County Children Services. The referral stated that an 11-year-old female (V1) disclosed to a counselor that she had been sexually abused by her Uncle, NEVILLE. There was also suspected abuse of V1's younger sister, a 7-year-old (V2).

42. EPD interviewed both V1 and V2 who disclosed the following, in sum and substance and as relevant to this affidavit:

a. V1 stated she woke up to NEVILLE digitally penetrating her vagina.

b. V2 stated that NEVILLE touched her once on her "pee-pee" on her skin, under her clothes.

43. While these facts in paragraphs 39-44 occurred prior to the current investigation, they establish NEVILLE'S sexual interest in children as a pattern of behavior spanning decades and provide context and background to his conversations with the OCE.

## CONCLUSION

44. Based on the above information, probable cause exists that Michael Gary Neville has violated 18 U.S.C. § 2252(a)(2) – Receipt and distribution of visual depictions of real minors engaged in sexually explicit conduct and 18 U.S.C. § 2252A(a)(5)(b) – Possession of child pornography.

Carson Gossmeyer
Special Agent
Federal Bureau of Investigation

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 4.1; 41(d)(3) this 22nd day of September, 2025.

JONATHAN D. GREENBERG
UNITED STATES MAGISTRATE JUDGE